IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LEONEL AND AMBER ZECAIDA, § <br> INDIVIDUALLY AND AS NEXT § <br> FRIENDS OF R. Z. § <br> § <br> v. § <br> § <br> BLITZ U.S.A., INC. AND § <br> WAL-MART STORES, INC., § <br> WAL-MART STORES EAST, L.P., § <br> WAL-MART STORES TEXAS, L.L.C., § <br> AND WAL-MART REALTY COMPANY § | C.A. NO. 6:09-CV-283 <br> JURY TRIAL DEMANDED |

## FINAL JUDGMENT

The Court is advised that the parties have amicably resolved the disputes between them and that, as a result, the parties request that the Court enter this Final Judgment.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the confidential settlement of the parties recited in conference on March, 21, 2011 is APPROVED with the modifications therein announced by the Court to the allocation to the Minor Plaintiff R. Z.

IT IS FURTHER ORDERED, ADJUDGED and DECREED THAT 81.17% of the net recovery by Plaintiffs after attorneys fees and expenses shall be awarded for the benefit of R. Z. to be held in trust by Plaintiffs' attorneys until any subsequent order of the Court concerning the payment of those funds, it being understood that immediately following this Order, the Guardian Ad Litem will be filing a Motion to Fund A Special Needs Trust For The Benefit of R. Z. under §142.005 of The Texas Property Code and 42 U.S.C. §1396p (d) (4)(A).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claims against Blitz U.S.A., Inc., American Water Heater Company, and Discovery Plastics, L.L.C. are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claims against Wal-Mart Stores, Inc., Wal-Mart Stores East, L.P., Wal-Mart Stores Texas, L.L.C., and Wal-Mart Realty Company, which the Court previously dismissed without prejudice, are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims or requests for relief not otherwise herein granted are expressly DENIED and DISMISSED WITH PREJUDICE.

All costs shall be taxed against the party incurring same.

**SIGNED this 31st day of March, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

/s/ Michael T. Bridwell

———————————————————————
Michael T. Bridwell
Texas State Bar No. 02979600
STRONG PIPKIN BISSELL & LEDYARD, L.L.P.
595 Orleans, Suite 1400
Beaumont, Texas 77701
409.981.1000 (telephone)
409.981.1010 (facsimile)
mbridwell@strongpipkin.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT BLITZ U.S.A., INC.**

/s/ Drew Gillen

———————————————————————
Drew Gillen
Ritcheson, Lauffer & Vincent, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
903.535.2900 (telephone)
903.533.8646 (facsimile)
drewg@rllawfirm.net

**GUARDIAN AD LITEM**

/s/ Matthew Boyd Flanery

———————————————————————
Matthew Boyd Flanery
State Bar No.24012632
Darren Dee Grant
State Bar No. 24012723
GRANT & FLANERY
216 W. Erwin Street, Suite 200
Tyler, Texas 75702
903.596.8080 (telephone)
903.596.8096 (facsimile)
Matt@GFTexas.com

Diane M. Breneman
Missouri State Bar No. 39988
BRENEMAN & DUGAN, LLC

311 Delaware
Kansas City, Missouri 64105
816.421.0114 (telephone)
816.421.0112 (facsimile)
db@litigationkc.com

John Tippit
Texas State Bar No. 20067500
ESCOBEDO, TIPPIT & CARDENAS, LLP
3900 N. 10th Street, Suite 950
McAllen, Texas 78501
956.618.3357 (telephone)
956.618.3361 (facsimile)
jtippit@etclaw.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ Jennifer Parker Ainsworth
_____

Jennifer Parker Ainsworth
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339
Tyler, Texas 75711-7339
903.509.5000 (telephone)
903.509.5092 (facsimile)
jainsworth@wilsonlawfirm.com

**ATTORNEY-IN-CHARGE FOR
THIRD-PARTY DEFENDANT AMERICAN WATER
HEATER COMPANY**

/s/ Michael L. Dunn
_____

Michael L. Dunn
State Bar No. 06246900
SMEAD ANDERSON & DUNN
2110 Horseshoe Lane
Longview, Texas 75605-3343
903.232.1888 (telephone)
903.232.1889 (facsimile)

**ATTORNEY-IN-CHARGE FOR
DEFENDANT DISCOVERY PLASTICS, L.L.C.**